Western District of Tennessee

| | |
|---|---|
| United States of America | ORDER HOLDING PROBATIONER FOR REVOCATION HEARING |
| v. | |
| Nicholas D. Willliams | Case Number:  00-30138-004-Ma |

On June 29, 2006, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter.  At this hearing, the defendant WAIVED his right to a preliminary hearing.  Greg Gilluly, representing the government, and Charles Waldman, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before the district judge.  It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

S/ James H. Allen
*JAMES H. ALLEN*
United States Magistrate Judge